# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARVIN MONTIEL MAJANO | |
| Petitioner, | No. 3:11-CV-1530 |
| v. | (JUDGE CAPUTO) |
| THOMAS DECKER, et al., | |
| Respondents | (MAGISTRATE JUDGE BLEWITT) |

## ORDER

**NOW** this 16th day of April, 2012, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 12) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 12) is **ADOPTED.**

(2) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED. AS MOOT.**

(3) The Clerk of Court is ordered to mark this matter as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge